LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA GUILLEN-SCHUG, | ) | No. EDCV 10-1295 JCG |
| | ) | |
|     Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
|     v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED AND FIFTY DOLLARS AND 00/100 ($2,350.00) subject to the terms of the stipulation.

    DATE: March 22, 2011 _____

                            HON.JAY C. GANDHI
                            UNITED STATES MAGISTRATE JUDGE

-1-